Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Ste. 1860
Los Angeles, CA 90024
Phone:        310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

Attorneys for Plaintiff/
Counterclaim Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABRIC OF THE UNIVERSE INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TEN THOUSAND INC., a Delaware Corporation;<br><br>Defendant.<br>_____<br>TEN THOUSAND, INC., a Delaware corporation,<br>Counterclaim Plaintiff,<br><br>v.<br><br>FABRIC OF THE UNIVERSE, INC., a California corporation; Does 1 – 10, Counterclaim Defendants. | Case No.: 2:24-cv-09634<br><br>**OMID E. KHALIFEH DECLARATION**<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE DATED JUNE 10, 2025** |

**RESPONSE TO ORDER TO SHOW CAUSE**

I, Omid E. Khalifeh, declare as follows:

1.I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States District Court for the Central District of California. I am the founder of Omni Legal Group and serve as lead counsel of record for Plaintiff and Counterclaim Defendant Fabric of the Universe, Inc. ("Plaintiff") in the above-captioned matter. I make this declaration in support of Plaintiff's Response to the Court's June 10, 2025 Order to Show Cause [Dkt. 29].

2.I submit this declaration to explain the circumstances surrounding my nonappearance at the scheduling conference held on June 9, 2025. That morning, I was attending my daughter's graduation ceremony, a preexisting family obligation. Due to an internal calendaring oversight, I failed to appear for the hearing as required. I acknowledge and take full responsibility for that failure.

3.While personal commitments do not excuse a lapse in professional duties, I wish to make clear that the nonappearance was entirely unintentional and was not the result of any disregard for the Court's orders or procedures. I understand and respect the importance of complying with all court appearances and deadlines, particularly in federal litigation, and I regret that this error occurred.

4.In over a decade of practicing law, I have maintained a strong record of diligence and reliability in handling court matters. This is the first time in my career that I have failed to appear at a scheduled court hearing. Following this incident, I

immediately initiated a review of our calendaring and docketing practices and have since implemented additional safeguards to ensure that this type of error does not recur.

5. Upon receiving the Court's Order to Show Cause, I promptly reached out to counsel for Defendant Ten Thousand, Inc. to address the situation. Counsel for both parties met and conferred, and we were able to agree upon the reasonable amount of expenses, including attorneys' fees, incurred by Defendant as a result of my nonappearance. I have since tendered payment in full. A Joint Statement confirming resolution of this issue has been prepared and submitted for the Court's consideration.

6. Separately, I would also like to advise the Court that the parties have been actively engaged in settlement discussions. Draft settlement documents have been exchanged, and those discussions are ongoing. Based on the current progress, I believe there is a meaningful chance of resolving the matter without further litigation.

7. I regret the burden my absence placed on the Court and on opposing counsel, and I appreciate the Court's consideration of the explanation and remedial steps provided herein. I respectfully request that the Court discharge the Order to Show Cause.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 17th of June 2025 at Los Angeles, California.

          /s/ *Omid E. Khalifeh*
          Omid E. Khalifeh